EXHIBIT A TO CIVIL COVER SHEET

VII.    RELATED CASE(S) IF ANY:

1.    *Advanced Micro Devices, Inc., a Delaware corporation, and AMD International Sales & Service Ltd., a Delaware corporation v. Intel Corp., a Delaware corporation, and Intel Kabushiki Kaisha, a Japanese corporation*, No. 1:05-cv-00441; filed in the United States District Court for the District of Delaware on June 27, 2005 and assigned to Judge Joseph J. Farnan, Jr.

2.    *Jim Kidwell, Mary Reeder, John Maita, JWRE, Inc., Chrystal Moeller, and Caresse Harms, on their own behalves and on all others similarly situated, v. Intel Corp.*, No. 1:05-cv-00470; filed in the United States District Court for the District of Delaware on July 6, 2005 and assigned to Judge Joseph J. Farnan, Jr.

3.    *Robert J. Rainwater, Kathy Ann Chapman, and Sonia Yaco, on their own behalves and on behalf of all others similarly situated, v. Intel Corp.*, No. 1:05-cv-00473; filed in the United States District Court for the District of Delaware on July 7, 2005 and assigned to Judge Joseph J. Farnan, Jr.

4.    *Matthew Kravitz and Raphael Allison, individually and on behalf of all others similarly situated, v. Intel Corp.*, No. 1:05-cv-00476; filed in the United States District Court for the District of Delaware on July 8, 2005 and assigned to Judge Joseph J. Farnan, Jr.