AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

ROBERT MARSHALL d/b/a MARSHALL REALTY, individually, and on behalf of all those similarly situated, Plaintiffs

V.

INTEL CORPORATION, a Delaware Corporation,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  05   686

TO: (Name and address of Defendant)

INTEL CORPORATION
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Bruce McNew, Esquire
Taylor & McNew, LLP
3711 Kennett Pike, Suite 210
Greenville, DE 19807

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                SEP 2 0 2005

CLERK                                           DATE

_Evette Watson_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9/21/05 |
| NAME OF SERVER (PRINT) WYNTON SMITH | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PERSONALLY SERVED INTEL CORPORATION by SERVING ITS REGISTERED AGENT (THE CORPORATION TRUST CO, AT 1209 ORANGE ST WILM DE 19801 At 9:35AM PERSON ACCEPTING SERVICE: BRIAN PENROD

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/21/05
            Date

Signature of Server: Wynton Smith

Address of Server: PARCELS INC
230 N. MARKET ST, WILM DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.