IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT MARSHALL d/b/a MARSHALL REALTY, individually, and on behalf of all those similarly situated,, : : : : Plaintiffs, : : v. : : INTEL CORPORATION, a Delaware : corporation,, : : Defendant. : | CASE NO.: 05 - 686 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Dario deGhetaldi to represent plaintiffs in this matter.

Dated: September 26, 2005

TAYLOR & McNEW, LLP

_____
R. Bruce McNew (# 967)
3711 Kennett Pike, Suite 210
Greenville, DE  19807
(302) 655-9200

Attorney for Plaintiffs

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                    United States District Judge