IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT MARSHALL d/b/a MARSHALL REALTY, individually, and on behalf of all those similarly situated,, | : : : : |
| Plaintiffs, | : CASE NO.: 05 - 686 |
| v. | : : |
| INTEL CORPORATION, a Delaware corporation,, | : : : |
| Defendant. | : |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jerry E. Nastari to represent plaintiffs in this matter.

Dated: September 26, 2005

TAYLOR & McNEW, LLP

_____
R. Bruce McNew (# 967)
3711 Kennett Pike, Suite 210
Greenville, DE 19807
(302) 655-9200

Attorney for Plaintiffs

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                            United States District Judge