IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT MARSHALL d/b/a MARSHALL REALTY, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>　　　　Defendant. | C.A. No. 05-686 (JJF) |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Intel Corporation's response to Plaintiff's complaint shall be due either (1) the earlier of 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings pursuant to 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL, or (2) 45 days after any such motion has been denied. No prior extensions of time have been sought or granted.

| TAYLOR & McNEW, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ R. Bruce McNew | /s/ Richard L. Horwitz |
| R. Bruce McNew (#967) | Richard L. Horwitz (#2246) |
| 3711 Kennett Pike | W. Harding Drane (#1023) |
| Suite 210 | Hercules Plaza, 6th Floor |
| Greenville, DE 19807 | 1313 N. Market Street |
| Telephone: (302) 655-9200 | P.O. Box 951 |
| mcnew@taylormcnew.com | Wilmington, DE 19801 |
| | Telephone: (302) 984-6000 |
| COREY, LUZAICH, PLISKA | Facsimile: (302) 658-1192 |
| DE GHETALDI & NASTARI LLP | rhorwitz@potteranderson.com |
| Jerry E. Nastari | wdrane@potteranderson.com |
| Dario deGhetaldi | |
| 700 El Camino Real | BINGHAM McCUTCHEN LLP |
| P.O. Box 669 | David M. Balabanian |
| Millbrae, California 94030 | Christopher B. Hockett |
| Telephone: (650) 871-5666 | Joy K. Fuyuno |
| Facsimile: (650) 871-4144 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| Attorneys for Plaintiff | Telephone: (415) 393-2000 |
| ROBERT MARSHALL | Facsimile: (415) 393-2286 |
| | |
| | Richard A. Ripley |
| | 1120 20th Street, N.W., Suite 800 |
| | Washington, D.C. 20036 |
| | Telephone: (202) 778-6101 |
| | Facsimile: (202) 393-6929 |
| | |
| | Attorneys for Defendant |
| | INTEL CORPORATION |

SO ORDERED this ___ day of _____, 2005.

_____
U.S. District Judge