IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT MARSHALL d/b/a MARSHALL REALTY, individually, and on behalf of all those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>        Defendant. | Case No. 1:05-cv-00686 |

## CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective February 20, 2006, the new address and contact information for Taylor & McNew, LLP will be as follows:

> Taylor & McNew, LLP
> 2710 Centerville Road, Suite 210
> Wilmington, DE 19808
> Telephone: (302) 655-9200
> Facsimile: (302) 655-9361
> E-mail: mcnew@taylormcnew.com
> Website: www.taylormcnew.com

Dated: February 27, 2006

                                R. Bruce McNew (# 967)
                                TAYLOR & McNEW LLP
                                3711 Kennett Pike, Suite 210
                                Greenville, DE 19807
                                Tel: 302/655-9200
                                Fax: 302/655-9361

                                COUNSEL FOR PLAINTIFF