## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27 day of February, 2006, he caused a true and correct copy of the foregoing **CHANGE OF ADDRESS** to be served upon the following counsel by E-filing through LexisNexis:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

_____
R. Bruce McNew (# 967)